UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

| | |
|---|---|
| LYDIA BHATTI, *et al*, § § § Plaintiffs, § VS. § JEH JOHNSON, *et al*, § § Defendants. § § § | CIVIL ACTION NO. 4:16-CV-2090 |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendants' Motion to Dismiss, Alternatively Motion for Summary Judgment (Doc. 15) and Magistrate Judge Stacy's Memorandum and Recommendation (Doc. 20) that the Court grant the Motion for Summary as to all claims. Plaintiffs Lydia Bhatti, Rita Zamora and Javed Bhatti neither responded to the motion for summary judgment nor did they object to the Memorandum and Recommendation.

Upon review, the Court agrees with the Magistrate Judge's conclusion that neither Plaintiff Lydia Bhatti nor Javed Bhatti have standing to challenge or seek relief relative to any I-130 application Rita Zamora has filed, that res judicata bars the claims Plaintiff Rita Zamora asserts in this case, that any claim Plaintiff Lydia Bhatti asserted or attempted to assert under the Rehabilitation Act is time-barred. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. 20) is **ADOPTED**. Defendants' Motion for Summary Judgment (Doc. 15) is **GRANTED**.

1 / 2

Plaintiffs' case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this 31st day of August, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE